**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

ALVIN BAILEY,

Plaintiff,

vs.

TODPAT, LLC and JOSEPH HUNTIGTON

Defendants.

Case No.: 6:25-cv-00026

**NOTICE OF APPEARANCE**

**NOTICE IS HEREBY GIVEN** that Emanuel Kataev of the Consumer Attorneys, PLLC enters his appearance as counsel for Plaintiff Alvin Bailey in the above captioned matter. All pleadings, papers, and correspondence in this matter should be served upon undersigned counsel.

Respectfully submitted this 4th day of February 2025.

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq.
State Bar No. NY5154588
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com (e-mail)

*Attorney for Plaintiff Alvin Bailey*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/Mia Kristensen*