**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| ALVIN BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>TODPAT, LLC and JOSEPH HUNTIGTON<br><br>Defendants. | Case No.: 6:25-cv-00026<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT JOSEPH HUNTIGTON** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Alvin Bailey has served upon Defendant Joseph Huntigton copies of the following documents:

1) Issued Summons;

2) Complaint; and

3) Civil Cover Sheet.

Attached hereto is a copy of the Proof of Service

Respectfully submitted this 4th day of February, 2025.

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq.
State Bar No. NY5154588
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com (e-mail)

*Attorney for Plaintiff Alvin Bailey*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

ALVIN BAILEY

*Plaintiff(s)*

v.

TODPAT, LLC and JOSEPH HUNTINGTON

*Defendant(s)*

Civil Action No. 6:25-cv-00026

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Huntington
3460 South Fulton Avenue
Odessa, TX 79766

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sharon K. Campbell
3300 Oak Lawn Ave., Suite 425
Dallas, Texas 75219
e: Sharon@SharonKCampbell.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **1/24/2025**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:25-CV-00026

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* JOSEPH HUNTINGTON was received by me on *(date)* ____________________.

[X] I personally served the summons on the individual at *(place)* 3460 SOUTH FULTON AVENUE, ODESSA, TX 79766 on *(date)* Wed, Jan 29 2025 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* 01/28/2025 , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* JOSEPH HUNTINGTON , who is designated by law to accept service of process on behalf of *(name of organization)* JOSEPH HUNTINGTON the following documents: 1) Issued Summons 2) Complaint and 3) Civil Cover Sheet on *(date)* Wed, Jan 29 2025 ; or

[ ] I returned the summons unexecuted because: ____________________; or

[ ] Other: ____________________; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date: 01/30/2025

Shawn L DeWitt

*Server's signature*

Shawn DeWitt

*Printed name and title*

Medley Serves & Investigations, LLC
520 N LEE AVE, ODESSA, TX 79761-4424

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 29, 2025, 1:43 pm CST at COMPANY: 3460 SOUTH FULTON AVENUE, ODESSA, TX 79766 received by JOSEPH HUNTINGTON.
I personally served Joseph Huntington who confirmed his identity when named and stated that he is the general manager and authorized to accept on behalf of the company.