## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **ALVIN BAILEY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | **Case No.: 7:25-cv-99 (DC) (RCG)** |
| **TODPAT, LLC and** | § | |
| **JOSEPH HUNTINGTON,** | § | |
| | § | |
| *Defendants.* | § | |

## SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **July 16, 2025**, and each opposing party shall respond, in writing, by **July 31, 2025**.

2. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **August 15, 2025**.

3. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **August 18, 2025**. Parties resisting claims for relief shall file their designation testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **September 30, 2025**. All designations of rebuttal experts shall be designated within fourteen (14) days of receipt of the report of the opposing expert.

4. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within thirty (30) days of receipt of the written report of the expert's proposed testimony, or within thirty (30) days of the expert's deposition, if a deposition is taken, whichever is later.

5. The parties shall complete all discovery on or before **December 15, 2025**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

6. All dispositive motions shall be filed no later than **January 30, 2026**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e).

7. The Court will set the case for the final pretrial conference and jury trial.

8. All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on **May 14, 2025**, and the parties agreed as to its contents.

        Respectfully submitted,
        **LYNCH, CHAPPELL & ALSUP, P.C.**
        300 North Marienfeld, Suite 700
        Midland, Texas 79701
        (432) 683-3351
        Fax (432) 683-2587

BY: *Lisa K. Hooper*
        Lisa K. Hooper
        Texas State Bar No. 24047282
        lhooper@lcalawfirm.com
        Jackson R. Willingham
        Texas State Bar No. 24121204
        jwillingham@lcalawfirm.com

        **LEAD ATTORNEYS FOR DEFENDANTS TODPAT LLC and JOSEPH HUNTINGTON**
        -and-
        **CONSUMER ATTORNEYS PLLC**
        6829 Main Street
        Flushing, NY 11367-1305
        (718) 412-2421 – office
        (718) 489-4155 - fax

BY: */s/ Emanuel Kataev, Esq.*
        Moshe Boroosan, Esq.
        mboroosan@consumerattorneys.com
        Emanuel Kataev, Esq.
        Admitted *pro hac vice*
        ekataev@consumerattorneys.com
        **ATTORNEYS FOR PLAINTIFF ALVIN BAILEY**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of May, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this suit.

                                      */s/ Lisa K. Hooper*