**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **ALVIN BAILEY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| **v.** | § | |
| | § | **Case No.: 7:25-cv-00099-DC** |
| **TODPAT, LLC and** | § | |
| **JOSEPH HUNTINGTON,** | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS' STIPULATED FACTS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW DEFENDANTS TODPAT, LLC AND JOSEPH HUNTINGTON, and pursuant to the Order Resetting Final Pretrial Conference entered by the Court and Local Rule CV-16(f), file this their Stipulated Facts as follows:

1. TodPat, LLC originally hired Alvin Bailey on March 11, 2023.

2. TodPat, LLC laid off Alvin Bailey on February 26, 2024.

3. TodPat, LLC rehired Alvin Bailey on March 11, 2024.

4. TodPat, LLC terminated Alvin Bailey on July 31, 2024.

1

Respectfully submitted,

**LYNCH, CHAPPELL & ALSUP, P.C.**
300 North Marienfeld, Suite 700
Midland, Texas 79701
(432) 683-3351
Fax (432) 683-2587

BY:     *Lisa K. Hooper*
Lisa K. Hooper
Texas State Bar No. 24047282
lhooper@lcalawfirm.com
Jackson R. Willingham
Texas State Bar No. 24121204
jwillingham@lcalawfirm.com

**LEAD ATTORNEYS FOR DEFENDANTS
TODPAT, LLC and JOSEPH HUNTINGTON**

## CERTIFICATE OF CONFERENCE

Counsel for Defendants hereby confirms that she attempted to confer with counsel for Plaintiff regarding this filing on May 28, 2026, and certifies that Plaintiff's counsel did not respond.

*Lisa K. Hooper*
Lisa K. Hooper

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*Lisa K. Hooper*
Lisa K. Hooper

2