**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **ALVIN BAILEY,** § | |
| § | |
| *Plaintiff,* § | |
| **v.** § | |
| § | **Case No.: 7:25-cv-00099-DC** |
| **TODPAT, LLC and** § | |
| **JOSEPH HUNTINGTON,** § | |
| § | |
| *Defendants.* § | |

**DEFENDANTS' EXHIBIT LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW DEFENDANTS TODPAT, LLC AND JOSEPH HUNTINGTON (hereinafter collectively referred to as "Defendants"), and, pursuant to the Order Resetting Final Pretrial Conference entered by the Court and Local Rule CV-16(f), file this their Exhibit List, as follows:

**DEFENDANTS' EXHIBIT LIST**

| Exhibit | Expect to Offer | May Offer | Description |
|---|---|---|---|
| D-1 | X | | Plaintiff's Employment Application dated February 28, 2023 (Bates stamped TodPat 000001-000006) |
| D-2 | X | | Plaintiff's Employment Application dated March 1, 2023 (Bates stamped TodPat 000007-0000010) |
| D-3 | | X | TodPat LLC's Incident Report dated July 6, 2023 (Bates stamped TodPat 000011-000014) |
| D-4 | X | | Todpat LLC's Vehicle Use Agreement signed by Plaintiff on April 21, 2023 |
| D-5 | X | | TodPat LLC's Distracted Driving Program Policy signed by Plaintiff on April 21, 2023 (Bates stamped TodPat 000023) |

| | | | |
|---|---|---|---|
| **D-6** | X | | **Employee Warning Notice dated December 19, 2023 (Bates stamped TodPat 000020)** |
| **D-7** | X | | **Employee Warning Notice dated May 9, 2024 (Bates stamped TodPat 000021)** |
| **D-8** | X | | **Letter of Termination effective July 31, 2024 (Bates stamped TodPat 000022)** |
| **D-9** | X | | **Statement reflecting last payment to Plaintiff (Bates stamped TodPat 000015-000016)** |
| **D-10** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 1)** |
| **D-11** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 2)** |
| **D-12** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 3)** |
| **D-13** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 4)** |
| **D-14** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 5)** |
| **D-15** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 6)** |
| **D-16** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 7)** |
| **D-17** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 8)** |
| **D-18** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 9)** |
| **D-19** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 10)** |
| **D-20** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 11)** |
| **D-21** | X | | **Video taken by Plaintiff and posted on his Facebook (Part 12)** |
| **D-22** | | X | **Statement by Cindy Penny, former Office Manager for TodPat, LLC (Bates stamped TodPat 000024-000025)** |
| **D-23** | X | | **Texas Workforce Commission Determination on Payment of Unemployment Benefits dated August 30, 2024 (Bates stamped 000026-000027)** |

Respectfully submitted,

**LYNCH, CHAPPELL & ALSUP, P.C.**
300 North Marienfeld, Suite 700
Midland, Texas 79701
(432) 683-3351
Fax (432) 683-2587

BY:  *Lisa K. Hooper*
Lisa K. Hooper
Texas State Bar No. 24047282
lhooper@lcalawfirm.com
Jackson R. Willingham
Texas State Bar No. 24121204
jwillingham@lcalawfirm.com

**LEAD ATTORNEYS FOR DEFENDANTS
TODPAT, LLC and JOSEPH HUNTINGTON**


### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


*/S/ Lisa K. Hooper*
Lisa K. Hooper