**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **ALVIN BAILEY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No.: 7:25-cv-00099-DC** |
| **TODPAT, LLC and** | § | |
| **JOSEPH HUNTINGTON,** | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS' WITNESS LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW DEFENDANTS TODPAT, LLC AND JOSEPH HUNTINGTON (hereinafter collectively referred to as "Defendants"), and, pursuant to the Order Resetting Final Pretrial Conference entered by the Court and Local Rule CV-16(f), file this their Witness List, as follows:

**DEFENDANTS' WITNESS LIST**

| Name of Witness | Expect to Present | May Call |
|---|:---:|:---:|
| 1.  Alvin Bailey | X | |
| 2.  Joseph Huntington | X | |
| 3.  Tim Taylor | | X |
| 4.  Todd Cook | X | |
| 5.  Marsha Cook | | X |
| 6.  Cindy Penny | | X |

1

Respectfully submitted,

**LYNCH, CHAPPELL & ALSUP, P.C.**
300 North Marienfeld, Suite 700
Midland, Texas 79701
(432) 683-3351
Fax (432) 683-2587

BY:   *Lisa K. Hooper*
Lisa K. Hooper
Texas State Bar No. 24047282
lhooper@lcalawfirm.com
Jackson R. Willingham
Texas State Bar No. 24121204
jwillingham@lcalawfirm.com

**LEAD ATTORNEYS FOR DEFENDANTS
TODPAT, LLC and JOSEPH HUNTINGTON**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*Lisa K. Hooper*
Lisa K. Hooper

2