**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| ALVIN BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>TODPAT, LLC and JOSEPH HUNTINGTON,<br><br>Defendants. | Case No.: Case No.: 7:25-cv-99 (DC) (RCG)<br><br>**JOINT MOTION FOR EXTENSION OF TIME** |

This office represents the Plaintiff in the above-referenced case. Plaintiff timely writes pursuant to this Court's Order dated June 12, 2026 to apply to restore the action within thirty (30) days because the settlement agreement has been completed but is not executed. Although Defendants have signed, the parties are awaiting Plaintiff's signature Accordingly, an extension of time of thirty (30) days is respectfully sought. This is a joint application by the parties.

Dated: July 10, 2026

Respectfully submitted,

CONSUMER ATTORNEYS PLLC

*/s/ Emanuel Kataev, Esq.*
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Alvin Bailey*