**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA**

ALVIN BAILEY,

Plaintiff,

vs.

TODPAT, LLC and JOSEPH HUNTIGTON,

Defendants.

Case No.: 7:25-cv-00099 (DC) (RCG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Alvin Bailey and Defendants Todpat, LLC and Joseph Huntigton ("Defendants"), by and through their respective counsel, that – pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure – Plaintiff's claims in his Complaint and any claims against Plaintiff in the above-captioned case shall be dismissed in their entirety with prejudice and without costs or attorneys' fees.

Respectfully submitted this on 10th of August 2026.

*<u>/s/ Emanuel Kataev, Esq.</u>*
Emanuel Kataev, Esq.
*Admitted Pro Hac Vice*
68-29 Main Street
Flushing, NY, 11367
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

Moshe Boroosan, Bar #5429915NY
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 887-2926
F: (718) 715-1750
E: mboroosan@consumerattorneys.com

*Attorney for Plaintiff*
*Alvin Bailey*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Notice of such filing will be sent to all attorneys of record in this matter.

**CONSUMER ATTORNEYS**

*By: /s/ Emanuel Kataev, Esq.*