**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **ALVIN BAILEY,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **NO. MO:25-CV-00099** |
| | § | |
| **TODPAT, LLC, AND** | § | |
| **JOSEPH HUNTINGTON** | § | |
| ***Defendants.*** | § | |

**FINAL ORDER OF DISMISSAL**

It is **ORDERED** that the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a) and the Plaintiff's Stipulation of Dismissal With Prejudice (Doc. 54) filed August 13, 2026.

It is further **ORDERED** that attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 13th day of August, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE